STATE OF NEW JERSEY v. MINNIE WILSON

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE W. GREEN, JR.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. NEIL HUNTERSON.

July 8, 1975. Petition for certification denied.

JOSEPH JANSCO v. T. HOWARD WALDRON, DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY OF THE CITY OF TRENTON.

July 8, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. CLARENCE GARRISON.

July 8, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MILLER.

July 8, 1975. Petition for certification denied.